## E. J. Wise v. The State.

No. 10113.   Delivered April 14, 1926.

**1.—Murder—No Statement of Facts—No Bills of Exception.**

This record contains neither bills of exception nor statement of facts, and in this condition nothing is presented to this court for review, and the judgment is affirmed.

Appeal from the District Court of Liberty County.   Tried below before the Hon. Thos. B. Coe, Judge.

Appeal from a conviction of murder, penalty fifteen years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant is under conviction for the murder of one Jack Chambers, punishment being assessed at confinement in the penitentiary for a term of 15 years.

The record contains neither bills of exception nor statement of facts, and in this condition nothing is presented to this court for review. The indictment is regular and the charge of the court applicable to a case provable under the indictment.

The judgment is affirmed.

*Affirmed.*